Michael Yesk (SB#130056)
YESK LAW
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorneys for Plaintiff
NANCY HOLDEN

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
2/26/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY HOLDEN, | CASE NO: 3:18-cv-00532-YGR |
| Plaintiff, | **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4; AND DOES 1-100, INCLUSIVE | |
| Defendants. | |

Plaintiff NANCY HOLDEN hereby gives NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff hereby dismisses her Complaint without prejudice. Said dismissal is without Court Order as the Defendants have filed neither an Answer nor a Motion for Summary Judgment.

DATED: January 26, 2018      /s/ Michael Yesk
                             Michael Yesk
                             Attorney for Plaintiff

PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE - 1